**No. 19-7010**                                  **September Term, 2021**

**1:14-cv-00745-APM**

**Filed On:** March 1, 2022

United States of America, for the use and
benefit of American Civil Construction, LLC,

        Appellee

      v.

Hirani Engineering & Land Surveying, PC,

        Appellee

Colonial Surety Company,

        Appellant

------------------------------

Consolidated with 19-7011, 19-7015

**BEFORE:**    Henderson and Rogers, Circuit Judges*

**O R D E R**

It is, on the court's own motion,

**ORDERED** that the June 19, 2020 opinion in <u>United States of America, for the Use and Benefit of American Civil Construction, LLC v. Hirani Engineering & Land Surveying, PC</u>, 962 F.3d 587 (D.C. Cir. 2020), be amended as follows:

(1) Page 589, First paragraph, line 25, delete the word "case" and insert in lieu thereof the word "record";

(2) Page 593, Third paragraph, line 29, delete the word "case" and insert in lieu thereof the word "record";

* Then Judge Garland participated in the June 19, 2020 disposition of this matter but is no longer a judge on this Court and consequently he did not participate in the disposition of this order.

## No. 19-7010                                September Term, 2021

(3) Page 594, First full paragraph, line 1, delete the word "case" and insert in lieu thereof the word "record"; and

(4) Page 595, Last paragraph, line 1, delete the word "case" and insert in lieu thereof the word "record".

The Clerk is directed to issue the amended opinion and to amend the judgment issued June 19, 2020.  It is

**FURTHER ORDERED** that because the court will issue an amended opinion and judgment in this case and is in receipt of the district court's August 26, 2020 supplemental findings of fact and conclusions of law, the parties are directed to file motions to govern further proceedings by March 31, 2022.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:     /s/
Daniel J. Reidy
Deputy Clerk